OCTOBER 17, 1989

No. 89–435. IN RE ASSOCIATED GENERAL CONTRACTORS OF CALIFORNIA, INC., ET AL. Petition for writ of mandamus dismissed under this Court's Rule 53.